UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Honorable Tonianne J. Bongiovanni |
| v. | Mag. No. 15-5015 |
| TYREE MURRAY | **DETENTION ORDER** |

This matter having been opened to the Court on a Petition for Action on Conditions of Pretrial Release filed by U.S. Pretrial Services on July 1, 2015; and the Court having held a hearing on the petition on July 1, 2015; and the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (R. Joseph Gribko, Assistant United States Attorney, appearing) having moved for an order pursuant to Title 18, United States Code, Section 3142(e) to detain the Defendant without bail pending trial in the above-entitled matter in the presence of defendant Tyree Murray (Jerome A. Ballarotto, Esquire, counsel for defendant, appearing telephonically); and the Court having heard and considered the arguments of the parties at the hearing on July 1, 2015; for the reasons stated by the Court on the record; and for good cause shown:

IT IS, therefore, on this 1st day of July, 2015,

ORDERED that the motion of the United States for an order detaining the Defendant without bail pending trial is hereby GRANTED, and the Defendant is hereby ORDERED DETAINED. The Defendant, by and through counsel, reserves the right to request on short notice a hearing before this Court pursuant to Title 18, United States Code, Section 3142(f) on the issue of release at a later date; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142, that the Defendant be committed to the custody of the Attorney General or his authorized representative pending

1

trial in the above-entitled matter; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the Defendant be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that the Defendant be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, the Defendant shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings.

_____
HONORABLE DOUGLAS E. ARPERT
United States Magistrate Judge